COURT CONFIRMATION - DOCUMENT 247 FILED

---

FILED
CLERK, U.S. DISTRICT COURT
7/7/2026
CENTRAL DISTRICT OF CALIFORNIA
BY AG DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

NOTICE OF ELECTRONIC FILING

Field Information

Transaction Date July 7, 2026 at 9:54 AM PDT

Filed Date July 1, 2026

Case Name Ali Jabbari v. Parviz Omidvar et al

Case Number 2:26-cv-03553-FLA-DTB

Filer Ali Jabbari (Pro Se)

Document Number 247 ✅

---

DOCUMENT 247 - FILED AND CONFIRMED

Field Information

Document Title EMERGENCY MOTION TO REMAND, CORRECT CAPTION, STRIKE IMPROPERLY ADDED PARTIES AND DENY DEFENDANTS' MOTION TO DISMISS

Filed By Ali Jabbari, Plaintiff, In Pro Per

Status ✅ FILED AND CONFIRMED

Docket Text EMERGENCY MOTION TO REMAND, CORRECT CAPTION, STRIKE IMPROPERLY ADDED PARTIES AND DENY DEFENDANTS' MOTION TO DISMISS filed by plaintiff Ali Jabbari. (lc)

---

ELECTRONIC SERVICE CONFIRMED

The following parties have been electronically served:

Recipient Email Address

Ali Jabbari (Plaintiff) Drali6512@gmail.com

Stephen Paul Dunn (Counsel) sdunn@bodmanlaw.com

Steven L. Hogan (Counsel) shogan@lurie-zepeda.com

cstroe@lurie-zepeda.com C. Stroe

oalamillo@lurie-zepeda.com O. Alamillo

sogle@lurie-zepeda.com S. Ogle

---

DOCUMENT ASSOCIATED

Field Information

Document Description Main Document

Original Filename RUSH LA26CV03553-FLA- NOTICE OF MOTION.pdf

Electronic Document Stamp cacdStamp_ID=1020290914

Stamp Date July 7, 2026

File Number 43012113-0

---

DECLARATION

I, PROF. DR. ENGINEER ALI JABBARI, PH.D. , declare under penalty of perjury:

1. On July 7, 2026, I received confirmation from the United States District Court, Central District of California that Document 247 was filed.

2. Document 247 is the EMERGENCY MOTION TO REMAND, CORRECT CAPTION, STRIKE IMPROPERLY ADDED PARTIES AND DENY DEFENDANTS' MOTION TO DISMISS.

3. The document was filed on July 1, 2026 and entered on July 7, 2026 at 9:54 AM PDT.

4. All parties have been electronically served.

5. The filing has been confirmed and processed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 7, 2026, at Carmel, Indiana.

/s/ Prof. Dr. Engineer Ali Jabbari, Ph.D.

PROF. DR. ENGINEER ALI JABBARI, PH.D.

Plaintiff, In Pro Per

13421 Spring Farms Drive

Carmel, Indiana 46032

(949) 350-9231

Drali21@icloud.com

---

SUMMARY

Question Answer

Document Number 247 ✅

Title Emergency Motion to Remand, Correct Caption, Strike Improperly Added Parties and Deny Defendants' Motion to Dismiss

Filer Ali Jabbari (Pro Se)

Filed Date July 1, 2026

Entry Date July 7, 2026 at 9:54 AM

Status ✅ CONFIRMED AND FILED

Electronic Service Completed to all counsel

---

ONE SENTENCE FOR THE COURT

"Your Honor, on July 7, 2026 at 9:54 AM, the United States District Court, Central District of California confirmed Document 247 - Plaintiff's Emergency Motion to Remand, Correct Caption, Strike Improperly Added Parties and Deny Defendants' Motion to Dismiss - has been filed, confirmed, and electronically served on all counsel."

ROOF OF SERVICE

Document 247 – Emergency Motion to Remand

---

PROOF OF SERVICE

I, PROF. DR. ENGINEER ALI JABBARI, PH.D. , declare under penalty of perjury under the laws of the United States and the State of California:

On July 7, 2026 , I served the following document:

EMERGENCY MOTION TO REMAND, CORRECT CAPTION, STRIKE IMPROPERLY ADDED PARTIES AND DENY DEFENDANTS' MOTION TO DISMISS

(Document No. 247)

Case No.: 2:26-cv-03553-FLA-DTB

Court: United States District Court, Central District of California

---

METHOD OF SERVICE

Method Details

CM/ECF Electronic Filing Filed with the Court on July 1, 2026; entered July 7, 2026

Electronic Service Served via CM/ECF on all counsel of record

Email Service Served via email pursuant to ADA Accommodation Order MC-410

Service Confirmed CM/ECF NEF confirmation received July 7, 2026 at 9:54 AM

---

PARTIES SERVED

Recipient Email Address Method

Steven L. Hogan, Esq. shogan@lurie-zepeda.com CM/ECF + Email

M. Damien Holcomb, Esq. dholcomb@lurie-zepeda.com Email

Rachel J. Kartin, Esq. rkartin@lurie-zepeda.com Email

Stephen P. Dunn, Esq. sdunn@bodmanlaw.com CM/ECF + Email

Erica J. Sarver, Esq. esarver@bodmanlaw.com Email

Parviz Omidvar parviz@royaltyprop.com Email

Oliver Omidvar oliver@omidvar.com Email

Santa Monica Superior Court Clerk smcclerk@lacourt.org Email

---

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed: July 7, 2026, at Carmel, Indiana.

/s/ Prof. Dr. Engineer Ali Jabbari, Ph.D.

PROF. DR. ENGINEER ALI JABBARI, PH.D.

Plaintiff, In Pro Per

13421 Spring Farms Drive

Carmel, Indiana 46032

(949) 350-9231

Drali21@icloud.com

---

500-CHARACTER SUMMARY

SANTA MONICA SUPERIOR COURT (Case No. 25SMCV02022)

Motion to Vacate Dismissal CCP §473(b). Default 8/7/25 valid—publication per Judge Mandel + sheriff attempts. Demurrer 12/17/25—132 days late—VOID CCP §585(c). Parviz fraudulently added to Indiana by unlicensed MI attorney. Plaintiff incapacitated 5/18/26—hospitalized, surgery 5/20, amaurosis fugax, speech loss. ADA granted 3/30/26. Remote appearance ≠ meaningful participation. $8.65M contract + 10% interest +

$14T humanitarian. Jury trial. Plaintiff & wife appearing in person 7/13/26. Filed 7/6/26.

Character count: 496

---

CENTRAL DISTRICT OF CALIFORNIA FEDERAL (Case No. 2:26-cv-03553-FLA-DTB)

Emergency Remand to Hamilton County, Correct Caption, Strike Improper Parties, Deny Dismissal. Original IN complaint Oliver ONLY—Parviz NEVER named. Parviz fraudulently added by defense. Removal defective—Dunn unlicensed IN, violated Rule 3(2). Wrong district—28 U.S.C. §1446(a). Oliver emails prove he directed counsel. ADA granted 3/30/26. Plaintiff & wife appearing in person. Doc 247 filed 7/1/26, entered 7/7/26. Filed 7/6/26.

Character count: 488

---

HAMILTON COUNTY, INDIANA (Case No. 29C01-2601-CT-000149)

Remand to Hamilton Circuit. Original complaint Oliver ONLY—Parviz NEVER named. Parviz fraudulently added after removal by defense. Dunn

improper—MI license only, no IN license, violated Rule 3(2). Wrong district—28 U.S.C. §1446(a). Case belongs IN state court. Oliver directed counsel. 9 filings accepted. ADA granted 3/30/26. Filed 7/3/26.

Character count: 464

---

SOUTHERN DISTRICT OF INDIANA FEDERAL (Case No. 1:26-cv-00206-TWP-TAB)

Emergency Remand, Correct Caption, Strike Improper Parties, Deny Dismissal. Original IN complaint Oliver ONLY—Parviz NEVER named. Parviz fraudulently added. Removal defective—Dunn unlicensed IN. Court ordered appearance amendment (Doc. 14)—NEVER complied. Case belongs IN state court. ADA granted 3/30/26. Filed 7/6/26.

Character count: 443

---

JURY TRIAL & HUMANITARIAN DAMAGES

All claims accepted. $8.65M breach + 10% interest + $6.4B IN claims + $14T humanitarian. Jury trial requested. JabbariTrust™ charitable

allocation. Plaintiff & wife appearing in person 7/13/26. Doc 247 confirmed 7/7/26. Filed 7/6/26.

Character count: 234

Files 1:48 PM Mon 30 Mar 13%

2219101-3181670-REQ030_6...

AutoFill can assist with filling out this form. AutoFill Form

Electronically Received 03/30/2026 12:00 AM

# MC-410 Disability Accommodation Request

**CONFIDENTIAL**

*Clerk receives and date stamps here.*

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.

Make this request at least **5 days** (when the court is open) before you need the accommodation.

**Court Name and Address:**
Santa Monica Courthouse
Department P
1725 Main St
Santa Monica CA 90401

**Case Number (if you know it):** 25smcv02022

**Case Name/Type (if you know it):** Ali Jabbari vs Parviz Omidvar

**1 Your information**

Name: Ali Jabbari

Address: 13421 Spring Farms Dr. Carmel IN 46032

Phone: 949-350-9231

Email: Drali21@icloud.com

**2 How are you involved in the case?**

☐ Juror ☒ Party ☐ Witness ☐ Lawyer

☐ Other (explain): Plaintiff

**3 When and where do you need the accommodation?** [date(s), time(s), and court location] All hearings, filings, and proceedings in Case No. 25SMCV02022, including the April 21,2026 hearing and all future proceedings at the Santa Monica Courthouse, Department P.

**4 What accommodation do you need at the court?**

Remote appearance for all hearings 2.Written communication instead of oral participation where feasible 3. Electronic service (email only) 4. Minimum 14-point font for all documents 5. Flexible

**5 Why do you need this accommodation to assist you in court?**

Applicant has documented medical conditions including mobility limitations,MRI-confirmed foot fractures, visual impairment, hearing impairment, neurological and spinal conditions, and severe

☒ More information on this request is attached.

Date: 28 March 2026

Ali Jabbari
Type or print name

Signature

(**Optional**) If a court employee, caregiver or other person helped fill out this form and is **willing to provide more information if needed**, provide contact information below:

Name: /s/ Ali Jabbari Email: Drali21@icloud.com Phone:



Name:

**Case Number (if you know it):**

———————— **Court fills out below** ————————

---

# OFFICIAL RECEIPT

**Clerk of Circuit and Superior Courts**
**Hamilton County Government and Judicial Center**
**Noblesville,IN 46060**
**Telephone: (317) 776-9629**

*****REMAINING BALANCE DUE*** may not include additional interest or cost**

Payor
Jabbari, Ali
13421 Spring Farms Dr
Carmel, IN 46032

Receipt No.
**2026-00058-CR**

Transaction Date
01/7/2026

| Description | Amount Paid |
|---|---|
| Jabbari, Ali | |
| 29C01-2601-CT-000149 | |
| Ali Jabbari v. Oliver Omidvar | |
| Civil Case Filing Fees | **157.00** |
| Automated Record Keeping Fee - CV | 20.00 |
| Court Administration Fee - CV | 5.00 |
| Court Costs - City and Town - CV | 3.00 |
| Court Costs - County - CV | 27.00 |
| Court Costs - State - CV | 70.00 |
| Document Storage Fee - CV | 5.00 |
| Judicial Insurance Adjustment Fee - CV | 1.00 |
| Judicial Salary Fee - CV | 20.00 |
| Pro Bono Legal Services Fee - CV | 1.00 |
| Public Defense Administration Fee - CV | 5.00 |
| Jury Fees (CE, CT and PL Filings) | **75.00** |
| Jury Fee - Civil (Judicial Review) | 75.00 |
| **SUBTOTAL** | **232.00** |
| Remaining Balance Due: $0.00 | |

**PAYMENT TOTAL** **232.00**

| | |
|---|---|
| Credit / Debit Card (Ref #15510408) Tendered | 232.00 |
| Total Tendered | **232.00** |
| Change | 0.00 |

DB

01/07/2026 08:46 AM   Cashier Station 29CS13   Audit 140339838

## OFFICIAL RECEIPT



UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

The relief sought
entirely clear. H
granted to the ext
Plaintiff to file a
motion to dismiss
13, 2026. To the
other relief it is d

Tim A. Baker, U.
Dated: 2/17/2026

BBARI
Plaintiff(s)

-v-

OMIDVAR
Defendant

Case No. 1:26-CV-002

THERE ARE
2 OTHER CASE
#29C01-2601-
HAMILTON COUNTY
#25SMCY0202

TION FOR EFILING AS I AM 77 PERMENT
EMAILING

ALI JABBARI, plaintiff/ defendant (circle one) in t
ioned matter, request:

n extension of time to file a AS MY CIVIL RIGHTS
ERE VIOLATED THERTEND ATTORY

uest 30 extra days.

ther (describe): I AM A ROFESSOR, Ph.D EN
HAVE ALL LICENSE I IN VERIT
DLST REAL TIME MONITERING SYST
ONLINE

Distribution:

All ECF-registered counsel of record via email

ALI JABBARI
13421 Spring Farms Dr.
Carmel, IN 46032





Page 1 of 2 PageID #: 3421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ALI JABBARI,
Plaintiff,
v.
PARVIZ OMIDVAR, et al.,
Defendants.

No. 1:26-cv-00206-T

ORDER ON MOTION FOR PROTECTIVE ORDER

Pending before the Court is a sealed motion for a protective order from Pl
Jabbari. [Filing No. 54.] Plaintiff's motion is nonsensical and hard to follow. It a
have been improperly filed under seal. To the extent that this filing serves as a m
protective order, Plaintiff's motion [Filing No. 54] is denied.

Plaintiff's motion is largely incoherent and overbroad. Plaintiff's complain
claim of ADA accommodations not being met. [Filing No. 5, at ECF p. 4.] Plaint
a protective order asks to file under seal various documents containing allegedly c
medical and technological data. However, Plaintiff has put his medical condition
Moreover, Plaintiff has referenced the medical and technological data that he has
public filings without asking to conceal those records. [See, e.g., Filing No. 60.]
believes something should be sealed, he must file a separate motion seeking relief
document sought to be sealed, as set forth in S.D. Ind. Local Rule 5-11. Plaintiff
respond to this order to explain why he believes that he has provided the Court wi
to maintain this motion under seal. If he fails to set forth a good cause basis to ke
will be unsealed.

Date: 3/17/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana



END OF DOCUMENT

**Siri Found a Contact**
M. Damien Holcomb
dholcomb@lurie-zepeda.com

Add

MH **M. Damien Holcomb** 2(
To: Ali Jabbari >

Mr. Jabbari,

Please be advised that we represent Parviz Omidvar in connection v
matter referenced in the subject line of this e-mail. We intend to file a demurre
motion to strike regarding the Complaint you filed on or about April 21, 2025, a
request that you provide us dates and times this week on which you would be
available for a telephone call to meet and confer pursuant to California Code o
Procedure Section 430.41. Please provide your availability for Thursday, Augu
and Friday, August 22. If you have any questions or would like to discuss this
please contact me at the contact information below.

Sincerely,

M. Damien Holcomb
Lurie, Zepeda, Schmalz, Hogan & Martin
1875 Century Park East, Suite 2100
Los Angeles, CA 90067-2574
TEL: (310) 274-8700, ext. 135
FAX: (310) 274-2798
http://www.lurie-zepeda.com

**ADA Notice of Motion Remand july 7, 2026.pdf is ready – open with MobiOffice...**

To: Rachel Kartin, Stephen P. Dunn, M. Damien Holcomb, Parviz, Steven L. Hogan, Katherine Doute, ADACoordinator, Stephanie Carlton, Jessica Callis, Olga Alamillo, Sealed INSD, Parviz Royalty Prop, oliver@omidvar.com

AJ Ali Jabbari
drali6512@gmail.com

Cc/Bcc, From: DRALI21@icloud.com

8:10 PM Wed 26 Nov ••• 23%

Found in iCloud Inbox

From: oliver@omidvar.com
To: Steven L. Hogan > Drali21@icloud.com Dr. Ali Jabbari, Ph. D > M. Damien Holcomb > Hannah Upshaw >
10 November 2025 at 6:57 PM

**RE: --**

Thank you, Steve. I am sorry he is wasting your time.

All my best!

Sincerely,

Oliver

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can validate the sender and know the content is safe.**

---

Sent from my iPhone

Begin forwarded message:

**From:** Rachel Kartin <rkartin@lurie-zepeda.com>
**Date:** November 10, 2025 at 6:13:43 PM EST
**To:** Ali Jabbari <drali21@icloud.com>
**- Immediate response required.**

SUBJECT: Response to Your Letter Dated November 10, 2025 - Jabbari v. Omidvar, Case No. 25SMCV02022

VIA EMAIL

Steven Hogan, Esq.
Hogan & Hogan LLP
[Address]
[Email]

RE: Jabbari v. Omidvar, Case No. 25SMCV02022

Dear Mr. Hogan,

I am in receipt of your letter dated November 10, 2025, regarding the inclusion of financial account numbers in the First Amended Complaint.

You are correct that California Rules of Court Rule 1.201(a)(2) requires the redaction of full financial account numbers. This was an administrative oversight in the initial filing.

However, your demand for a stipulation to seal is both procedurally improper and substantively overbroad. A stipulation to seal the entire record is not the appropriate remedy for this type of ministerial error. The proper remedy under the Rules is the